No. ——. Original. *Ex parte:* IN THE MATTER OF ROBERT B. WHITT, PETITIONER. Submitted January 6, 1916. Decided January 10, 1916. Motion for leave to file petition for writ of mandamus denied. *Mr. Frank W. Clancy* for the petitioner.

---

No. 156. LEONARD R. COATES, PLAINTIFF IN ERROR, *v.* THE DISTRICT OF COLUMBIA. In error to the Court of Appeals of the District of Columbia. Argued January 7, 10, 1916. Decided January 17, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *American Security & Trust Co.* v. *District of Columbia,* 224 U. S. 491; *District of Columbia* v. *Philadelphia, Baltimore & Washington R. R.,* 232 U. S. 716; *Washington & Mt. Vernon Ry.* v. *Downey,* 236 U. S. 190. *Mr. Francis P. B. Sands* for the plaintiff in error. *Mr. R. L. Williams* (by special leave) and *Mr. Conrad H. Syme* for the defendant in error.

---

No. 157. WILLIAM B. THOMPSON, PLAINTIFF IN ERROR, *v.* THE CITY OF ST. LOUIS. In error to the Supreme Court of the State of Missouri. Argued January 11, 1916. Decided January 17, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Louisiana Navigation Co.* v. *Oyster Commission,* 226 U. S. 99; *United States* v. *Beatty,* 232 U. S. 463; *Pons* v. *Yazoo & Mississippi Valley R. R.,* 232 U. S. 720. *Mr. William B. Thompson* for the plaintiff in error. *Mr. Truman P. Young* for the defendant in error.